UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X    04 CV 1143 (NG) (KAM)

FELICIA SPARKMAN, on behalf of herself
and all others similarly situated,

                      **Plaintiff,**

    -against-                                          **ORDER**

ZWICKER & ASSOCIATES, P.C.,

                      **Defendant.**
------------------------------------------------------------X

**GERSHON, United States District Judge:**

The court has been advised that the judgment entered in this case is inconsistent with the court's opinion and order dated June 30, 2005. Accordingly, the Clerk of Court is directed to amend the judgment to state the following:

JUDGMENT dated 6/30/05 that defendant's motion for summary judgment is granted to the extent that plaintiff's claims for injunctive and declaratory relief are dismissed, and is otherwise denied; that, with respect to plaintiff's claims for statutory damages for defendant's violations of 15 U.S.C. §§ 1692g(a)(2) and 1692e, judgment is hereby entered in favor of individual plaintiff Felicia Sparkman in the amount of $750.00; and that defendant's application for attorney's fees is denied.

                                                **SO ORDERED.**

                                                /S/
                                      **NINA GERSHON**
                                      **United States District Judge**

Dated: Brooklyn, New York
        September 16, 2005